— LAW OFFICES —
# MARK J. CONWAY
## A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET
DUNMORE, PA 18512
TELEPHONE: (570) 343-5350
FAX: (570) 343-5377
WWW.MJCONWAYLAW.COM



April 21, 2015

**VIA FIRST CLASS MAIL**
Clerk, U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    RE:   **Maslar, Darlene A.**
           **Case# 5-05-58849-JJT**

Dear Clerk:

    Enclosed please find check number 10121 in the sum of Forty Thousand Nine Hundred Sixty-Nine Dollars and Forty-Three Cents ($40,969.43), representing unclaimed funds for the following claims filed in the above-referenced bankruptcy proceeding:

| Claim No. | Creditor | Address | Dividend |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | $ 1,065.00 |
| 4 | Citibank/Choice | Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | $28,589.46 |
| 2I | Chase Bank USA, N.A. | c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | $ 406.36 |
| 4I | Citibank/Choice | Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | $10,908.61 |
| | **Total** | | **$40,969.43** |

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Mark J. Conway

MJC/cn
Enc. (Check No. 10121)