# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**DARLENE A. MASLAR**

* **Debtor**

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **5-05-bk-58849-JJT** |
| Document No.: | **48** |
| Nature of Proceeding: | **Petition for Unclaimed Funds** |

## ORDER

**IT IS HEREBY ORDERED** that the Petition for Unclaimed Funds (Doc. #48) filed in the above-captioned bankruptcy matter on May 22, 2015, is approved.

Date: June 24, 2015

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(CMS)